```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
THE SEREN FASHION ART AND              :
INTERIORS, LLC, AND SEHRA WAHEED,      :
                                       :
                                       :
                                       :     23-CV-2349 (VEC)
                         Plaintiffs,   :
           -against-                   :     ORDER
                                       :
                                       :
B.S.D. CAPITAL, INC. DBA LENDISTRY     :
SBLC, LLC, KENT MONFORE, AND KYMANI    :
SMITH,                                 :
                                       :
                                       :
                         Defendants.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 20, 2023, Defendants removed this case from New York State Supreme Court, Dkt. 1; and

WHEREAS Plaintiff Sehra Waheed commenced the underlying action *pro se* on behalf of herself and a limited liability company, The Seren Fashion Art and Interiors, LLC (the "LLC Plaintiff"), *see* Dkt. 5;

WHEREAS on March 22, 2023, this Court ordered the LLC Plaintiff to obtain counsel or otherwise show cause why it should be able to proceed by being represented by Sehra Waheed, who does not appear to be a licensed attorney, *see* Dkt. 9;

WHEREAS on April 19, 2023, notices of appearance of counsel were filed on behalf of The Seren Fashion Art and Interiors, LLC, Dkts. 14–15;

WHEREAS on page 2 of docket entry 14, an appearance sheet was filed by Vano I. Haroutunian purportedly on behalf of both Plaintiffs in this case; and

WHEREAS at docket entry 15, a second appearance sheet was filed by Vano I. Haroutunian purportedly on behalf of only the LLC Plaintiff.

IT IS HEREBY ORDERED that by no later than **May 1, 2023,** Plaintiff Sehra Waheed must indicate whether she is proceeding *pro se* or if she is being represented by counsel; if Plaintiff is being represented by counsel, counsel must file a proper notice of appearance by no later than **May 1, 2023**.

**SO ORDERED.**

Date:  April 25, 2023
       New York, New York

                            **VALERIE CAPRONI**
                            **United States District Judge**