UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE SEREN FASHION ART AND INTERIORS, LLC, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> B.S.D. CAPITAL, INC., et al., <br><br> Defendants. | 23-CV-2349 (JGLC) <br><br> **ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

    IT IS HEREBY ORDERED that the initial pretrial conference scheduled for August 17, 2023 at 10:00 a.m. is ADJOURNED. Plaintiffs shall file their opposition to Defendants' Motion to Dismiss by August 3, 2023. Defendants shall fill their reply to Plaintiffs' opposition to Defendants' Motion to dismiss by August 10, 2023.

Dated: July 25, 2023
       New York, New York

                                              SO ORDERED.

                                              *Jessica Clarke*

                                              JESSICA G. L. CLARKE
                                              United States District Judge