**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
THE SEREN FASHION ART AND
INTERIORS, LLC, et al.,

                Plaintiff,

-against-                                          23 **CIVIL** 2349 (JGLC)

                                                                   **JUDGMENT**

B.S.D. CAPITAL, INC. d/b/a LENDISTRY
SBLC, LLC, et al.,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 13, 2023, Defendants' motion to dismiss is GRANTED and Plaintiffs' Amended Complaint is dismissed in its entirety. Accordingly, the case is closed.

**Dated:** New York, New York

       November 14, 2023

                                                                **RUBY J. KRAJICK**
                                                                  **Clerk of Court**

                                         **BY:**

                                                                    **Deputy Clerk**