UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------

HONORABLE JUDGE VALERIE CAPRONI

HONORABLE JUDGE JESSICA G. L. CLARKE

DOCKET # 2023-CV-2349

APPEAL CASE DOCKET # 23-7837

Dated: January 20th 2025

**ORDER TO SHOW CAUSE**

**TO SEAL THE ENTIRE CASE**

*In the Matter of*

**SEHRA WAHEED**

**THE SEREN FASHION ART & INTERIORS, LLC**

*Plaintiff(s)*,

   *- Against -*

**B. S. D. CAPITAL, INC DBA LENDISTRY SBLC, LLC**

**KENT MONFORE KYMANI SMITH**

*Defendant(s)*

-------------------------------------------------------------------------

**STATE OF NEW YORK**

**COUNTY OF NEW YORK**

  Upon reading and filing the Affidavit of Sehra Waheed, (collectively, "Plaintiff"), sworn to on January 20th 2025, Affidavit in Support of Order To Show Cause and all of the papers and proceedings heretofore had herein,

  LET Defendants in the caption above or their Attorneys Show Cause Before This Court in Room ___ of the **FEDERAL COURT OF NEW YORK** on _____ (Teams Video Hearing Online or it is

**1 of 3**

respectfully requested that the motion be decided on the papers without appearance)  New York County, located at                                                    for an Order at ___or as soon thereafter as counsel may be heard, why an Order should not be granted because:

I, **Sehra Waheed** *appearing as* **Pro-sey, Plaintiff** in the above-captioned case, respectfully requesting the Court for an Order directing the County Clerk to seal the Entire Case filled of paper record and electronically submitted on **PACER.**

### ENTIRE CASE DOCKET # 2023-CV-2349 FILED ON 10/27/2023

### APPEAL CASE DOCKET # 23-7837

### ALL DOCUMENTS, EXHIBITS AND COURT ORDERS

This action involves private sensitive information that, if disclosed, could cause harm to me personally and to my business, and other entities involved in pending cases. I am a published Author of a non-fiction book based on gender based violence, currently in works for Netflix Vox Vision, Film Production that has already attracted global readers and will further jeopardize my private sensitive information. There have been a violation recently of "*§899- AA Notification person without valid authorization acquired private information, §190.77, HIPPA Medical Records and §190.84 Penal Law Identity Theft*" by Manhattan Mini Storage Staff for unauthorized access to my units by trespass and larceny theft of all my personal and business property and documents containing sensitive information. As a result of there intentional and unlawful physical access to my property and devices containing such information, there have been multiple hacking attempts in my bank accounts and other apps. My Social Security, driver's license, birth certificate, credit cards, checkbooks, financial statements, medical records, tax details, property deeds, copyright infringement, patent protected inventory and secret designs have already been compromised and causing me extreme emotional distress in my already dire situation. Sealing case documents with sensitive information will minimize harassment by an existing stalker and prevent disclosure of my address, phone number, email, family details, finances, medical and work history as well as other litigation matters. It is necessary to protect my privacy and safeguard my personal and business information. For the foregoing reasons, on good cause grounds demonstrated herein and the burden to compelling circumstances to justify restricting public access, I am humbly requesting the Court to grant this Motion for protective order to seal the entire case from public access of paper record and electronically submitted on **PACER** and provide confidentiality. Denial of my request, in this situation,

to public access of my confidential documents at issue will not be effective dispute resolution in other legal matter and likely to jeopardize my safety and security and cause serious harm to me.

**WHEREFORE,** based upon the foregoing, the Court to accept this motion and to enter decision in its entirety, and awarding such other and further relief including all legal costs as this Court deems just and proper under the circumstances.

**SUFFICIENT CAUSE THEREFORE APPEARING,** it is hereby service of a copy of this Order, the Affidavit in support, and all other papers upon all other parties to this action which it is based upon All Defense Attorneys, by electronic mail and on **PACER** on before the _____ day of _____ 2025 be deemed good and sufficient. An Affidavit or other proof of service shall be presented to this Court on or before the return date of indicated above

                                                                                **ENTER**

_____

                                                                                **J.S.C**

Respectfully submitted,

Dated: New York, New York
      January 20th 2025

*Sehra Waheed*
*Plaintiff As Pro-Sey*
Cell: 917 244 4416
Email sehrany@aol.com
Web: www.thesereen.com

**3 of 3**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------
HONORABLE JUDGE VALERIE CAPRONI
HONORABLE JUDGE JESSICA G. L. CLARKE

DOCKET NO # 2023-CV-2349
APPEAL CASE DOCKET # 23-7837
Dated: January 20th 2025

AFFIDAVIT IN SUPPORT
OF OTSC FOR REQUEST TO

SEAL THE ENTIRE CASE

*In the Matter of*

SEHRA WAHEED

THE SEREN FASHION ART AND INTERIORS, LLC

*Plaintiff(s)*,

  *- Against -*


B. S. D. CAPITAL, INC DBA LENDISTRY SBLC, LLC

KENT MONFORE KYMANI SMITH

*Defendant(s)*

------------------------------------------------------------------------

STATE OF NEW YORK

COUNTY OF NEW YORK


**To:** County Clerk, County of New York


I, **Sehra Waheed** appearing as **Pro-sey, Plaintiff** in the above-captioned case, respectfully requesting the Court for an Order directing the County Clerk to seal the Entire Case filled of paper record and electronically submitted on **PACER.**


ENTIRE CASE DOCKET NO # 2023-CV-2349  DATE FILLED ON 10/27/2023
APPEAL CASE DOCKET # 23-7837
ALL DOCUMENTS, EXHIBITS AND COURT ORDERS


This action involves private sensitive information that, if disclosed, could cause harm to me personally and to my business, and other entities involved in pending cases. I am a published Author of a non-fiction

**1 of 2**

book based on gender based violence, currently in works for Netflix Vox Vision, Film Production that has already attracted global readers and will further jeopardize my private sensitive information. There have been a violation recently of "*§899- AA Notification person without valid authorization acquired private information, §190.77, HIPPA Medical Records and §190.84 Penal Law Identity Theft*" by Manhattan Mini Storage Staff for unauthorized access to my units by trespass and larceny theft of all my personal and business property and documents containing sensitive information. As a result of there intentional and unlawful physical access to my property and devices containing such information, there have been multiple hacking attempts in my bank accounts and other apps. My Social Security, driver's license, birth certificate, credit cards, checkbooks, financial statements, medical records, tax details, property deeds, copyright infringement, patent protected inventory and secret designs have already been compromised and causing me extreme emotional distress in my already dire situation. Sealing case documents with sensitive information will minimize harassment by an existing stalker and prevent disclosure of my address, phone number, email, family details, finances, medical and work history as well as other litigation matters. It is necessary to protect my privacy and safeguard my personal and business information.

For the foregoing reasons, on good cause grounds demonstrated herein and the burden to compelling circumstances to justify restricting public access, I am humbly requesting the Court to grant this Motion for protective order to seal the entire case from public access of paper record and electronically submitted on **PACER** and provide confidentiality. Denial of my request, in this situation, to public access of my confidential documents at issue will not be effective dispute resolution in other legal matter and likely to jeopardize my safety and security and cause serious harm to me.

Respectfully submitted,

Dated: New York, New York
     January 20th 2025

*Sehra Waheed*
*Plaintiff As Pro-Sey*
Cell: 917 244 4416
Email sehrany@aol.com
Web: www.thesereen.com